■ PAUL CLARK, Appellant, v PAUL GUEZ, Respondent.— Judgment, Supreme Court, New York County (Amos Bowman, J.), entered on September 18, 1985, unanimously affirmed for the reasons stated by Amos Bowman, J., at Trial Term, without costs and without disbursements. Concur—Sullivan, J. P., Carro, Ellerin, Wallach and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PETER SHUE, Appellant.—Order, Supreme Court, Bronx County (David Stadtmauer, J.), entered on or about October 22, 1986, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Sullivan, J. P., Carro, Ellerin, Wallach and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICK SCOCOZZA, Also Known as RICKY SCOCOZZA, Appellant.— Judgment, Supreme Court, Bronx County (John Collins, J.), rendered on September 10, 1985, unanimously affirmed. Motion by appellant for leave to enlarge record on appeal to include certain exhibits granted. No opinion. Concur—Sullivan, J. P., Carro, Ellerin, Wallach and Smith, JJ.